IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ROYCE HOMES, L.P. | § § | Case No. 09-32467-H4-7 (Chapter 7) |
| Debtor. | § § § | |
| RODNEY TOW, CHAPTER 7 TRUSTEE, Plaintiff, v. JOHN H. SPEER, AMEGY BANK, N.A., AMEGY MORTGAGE COMPANY, LLC, VESTALIA, LLC, HAMMERSMITH GROUP, LLC, f/k/a/ HAMMERSMITH GROUP, INC., PARK LAKE COMMUNITIES, LP, DONNIE LOU SPEER, GEORGE KOPECKY, WATERMARK LAND, LLC, WATERMARK LAND, LP, WATERMARK TORTUGA, LLC, MICHAEL MANNERS, ALLARD INVESTMENT COMPANY, L.L.C., DMW HOLDINGS, INC., MGM MOTOR SPORTS, L.L.C., SARACEN HOLDINGS, INC., SARACEN HOLDINGS, L.P., SARACEN HOLDINGS GP, L.L.C., Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Adversary No. 11-03191 |

## ORDER WITHDRAWING REFERENCE OF ADVERSARY NO. 11-03191

Based on the Report and Recommendation of the Bankruptcy Court regarding the various motions for withdrawal of reference filed by the defendants, the Court finds that the reference should

be immediately withdrawn. It is therefore:

ORDERED that the reference of adversary proceeding 11-03191 is immediately withdrawn; and it is further

ORDERED that the District Court shall try all of the claims brought in Adversary No. 11-03191.

Signed on this 26th day of October, 2011

_____
United States District Judge