UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Rodney Tow

                Plaintiff,

v.                                                              Case No.: 4:11–cv–03700
                                                               Judge Lee H Rosenthal

Amegy Bank N.A., et al.

                Defendant.

TYPE OF CASE:        Civil

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/22/11

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:    October 28, 2011

                                                                                 David J. Bradley, Clerk