IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROYCE HOMES, L.P., | § | |
| | § | |
|     Debtor. | § | |
| _____ | § | |
| | § | |
| RODNEY D. TOW, | § | |
| CHAPTER 7 TRUSTEE | § | CIVIL ACTION NO. 4:11-cv-03700 |
| | § | JURY DEMANDED |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMEGY BANK, N.A., *et al.*, | § | |
| | § | |
|     Defendants. | § | |

**DEFENDANTS GEORGE KOPECKY, WATERMARK
LAND, LLC f/k/a WATERMARK LAND, LP AND WATERMARK TORTUGA, LLC'S
<u>RULE 26(a) INITIAL DISCLOSURES</u>**

In accordance with Rule 26(a) of the Federal Rules of Civil Procedure, George Kopecky ("Kopecky"), Watermark Land, LLC f/k/a Watermark Land, LP, and Watermark Tortuga, LLC (collectively "Watermark"), Defendants, serve their Initial Disclosures on Rodney D. Tow, Chapter 7 Trustee, Plaintiff, as follows:

    A.    The name and, if known, address and telephone number of each individual likely to have information that bears significantly on any claim or defense, identifying the subjects of the information:

    **1.**    **John Speer**
    **Represented by Ed Harrell**
    **Hughes Watters Askanase, L.L.P.**
    **333 Clay, 29th Floor**
    **Houston, Texas 77002**
    **Telephone: (713) 759-0818**
    *John Speer has discoverable information relevant to all aspects of the Debtor, including but not limited to: accounting practices and records of the Debtor,*

*home sales by the Debtor, purchasing authority of employees of the Debtor, financial condition of the Debtor at all times relevant to this case, and the settlement of the Cause No. 2008-64748, George Kopecky v. John Speer, Hammersmith Group, Inc. and Royce Homes, L.P., in the 129th District Court, Harris County, Texas, with Kopecky.*

2. **Nancy Boothe**
**9550 Ella Lee Lane, #1166**
**Houston, Texas 77063**
**Telephone: (281) 870-0913**
*Nancy Boothe was John Speer's secretary. She may have discoverable information regarding management of the Debtor, accounting records and practices of the Debtor, the financial status of the Debtor, and other operational knowledge of the Debtor. She may also have information regarding authority and responsibility of Kopecky within the Royce organization.*

3. **Betty Woodruff**
**9805 Radio Road**
**Houston, Texas 77075**
**Telephone: (713) 991-4047**
*Betty Woodruff was a Vice President of Administration for Debtor. She may have discoverable information regarding all aspects of Debtor's accounting practices and financial condition. She may also have information regarding authority and responsibility of Kopecky within the Royce organization.*

4. **Scott Cunningham**
**The Cunningham Law Firm**
**7500 San Felipe, Suite 1010**
**Houston, Texas 77063**
**Telephone: (713) 273-8950**
*Scott Cunningham represented Kopecky in Cause No. 2008-64748, George Kopecky v. John Speer, Hammersmith Group, Inc. and Royce Homes, L.P., in the 129th District Court, Harris County, Texas, and may have discoverable information relating thereto.*

5. **David Donnelly**
**Gainer, Donnelly & Desroches**
**5847 San Felipe, Suite 1100**
**Houston, Texas 77057**
**Telephone: (713) 621-8090**
*David Donnelly was and is Kopecky's accountant. David Donnelly may have discoverable information regarding the finances of Kopecky and Watermark.*

6. **William Gathmann**
**4602 Riverside Oaks Drive**
**Kingwood, Texas 77345**

        Telephone: (281) 360-7962
*William Gathmann was the Chief Financial Officer of the Debtor. Mr. Gathmann may have discoverable information regarding all financial aspects of the Debtor, including but not limited to its' financial condition at times relevant to this lawsuit.*

7. **James Hunter**
   **17510 Red Oak Drive**
   **Houston, Texas 77090**
   Telephone: (832) 274-6623
   *James Hunter may have discoverable information relating to Watermark, including the formation and financial status of the Watermark entities. He may also have discoverable information regarding the accounting of Debtor, as well as Debtor's financial condition at times relevant to this lawsuit.*

8. **William Shawn Speer**
   **9702 Champions Cove Drive**
   **Spring, Texas 77379**
   Telephone: (281) 379-6717
   *William Shawn Speer may have discoverable information regarding the lawsuit and settlement in Cause No. 2008-64748, George Kopecky v. John Speer, Hammersmith Group, Inc. and Royce Homes, L.P., in the 129th District Court, Harris County, Texas.*

9. **Grant Alan Speer**
   **7618 Heron Lakes Drive**
   **Houston, Texas 77064**
   Telephone: unknown
   *Grant Alan Speer may have discoverable information regarding the lawsuit and settlement in Cause No. 2008-64748, George Kopecky v. John Speer, Hammersmith Group, Inc. and Royce Homes, L.P., in the 129th District Court, Harris County, Texas.*

10. **Marisa Lynn Speer**
    **9115 Taidswood Drive, #25050**
    **Spring, Texas 77379**
    Telephone: (979) 260-4174
    *Marisa Lynn Speer may have discoverable information regarding the lawsuit and settlement in Cause No. 2008-64748, George Kopecky v. John Speer, Hammersmith Group, Inc. and Royce Homes, L.P., in the 129th District Court, Harris County, Texas.*

11. **Kelly Anne Speer**
    **13503 Northborough Drive #1113**
    **Houston, Texas 77067**
    Telephone: (281) 288-7725

*Kelly Anne Speer may have discoverable information regarding the lawsuit and settlement in Cause No. 2008-64748, George Kopecky v. John Speer, Hammersmith Group, Inc. and Royce Homes, L.P., in the 129${}^{th}$ District Court, Harris County, Texas.*

12. **David Weber**
    **Address unknown**
    **Telephone: unknown**
    *David Weber may have discoverable information regarding the operations of the Debtor, including but not limited to financial and accounting information.*

13. **James Oyer**
    **3410 Amherst Street**
    **Houston, Texas 77005**
    **Telephone: (713) 666-5938**
    *James Oyer may have discoverable information regarding the operations of the Debtor, including but not limited to financial and accounting information.*

14. **Rebekah Barrientos**
    **Address unknown**
    **Telephone: unknown**
    *Rebekah Barrientos may have discoverable information regarding the accounting information and practices of Debtor, the financial condition of Debtor, and the operations of Debtor.*

15. **Rosalinda Nowak**
    **2418 Wilde Rock Way**
    **Houston, Texas 77018**
    **Telephone: unknown**
    *Rosalinda Nowak may have discoverable information regarding the accounting information and practices of Debtor, the financial condition of Debtor, and the operations of Debtor.*

16. **Murrah Mayberry**
    **1706 Stemply Court**
    **Houston, Texas 77094**
    **Telephone: (281) 647-9822**
    *Rosalinda Nowak may have discoverable information regarding the accounting information and practices of Debtor, the financial condition of Debtor, and the operations of Debtor.*

17. **Julie Stevens**
    **7030 Garden Mist Lane**
    **Humble, Texas 77346**
    **Telephone: (281) 472-6445**

>*Julie Stevens may have discoverable information regarding the accounting information and practices of Debtor, the financial condition of Debtor, and the operations of Debtor.*

18.    Karen Blair
       9030 Tarpon Springs Lane
       Houston, Texas 77095
       Telephone: (713) 392-3025
       *Karen Blair may have discoverable information regarding the accounting information and practices of Debtor, the financial condition of Debtor, and the operations of Debtor.*

19.    Pamela Tyler Mitchell
       130 Phanturn Lane
       Houston, Texas 77401
       Telephone: (713) 661-3544
       *Pamela Tyler Mitchell may have discoverable information regarding the accounting information and practices of Debtor, the financial condition of Debtor, and the operations of Debtor.*

**Kopecky and Watermark further identify those persons that have been, or will be, identified by any deponent in this case or that have been identified in any 2004 Examinations taken in the underlying bankruptcy proceeding, Case No. 09-32467-H4-7 (Chapter 7), In re: Royce Homes, L.P., United States Bankruptcy Court, Southern District of Texas, Houston Division.  Kopecky and Watermark additionally identify those persons identified and listed by all other parties in this matter in their Rule 26(a) Initial Disclosures.**

B.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of the party that are likely to bear significantly on any claim or defense, together with any claims of privilege:

**Defendants identify the approximately 2,500 pages of material that have been previously produced to the Trustee, Rodney D. Tow, in the underlying bankruptcy proceeding, being Case No. 09-32467-H4-7 (Chapter 7), In re: Royce Homes, L.P., United States Bankruptcy Court, Southern District of Texas, Houston Division. Those materials are in the possession of the Trustee, Rodney D. Tow, and are also in the possession of the undersigned counsel.  Defendants reserve the right to rely upon the entirety of the documents it has produced in this case and will make these documents available to all parties.**

**Defendants specifically reference to the settlement documents regarding the dispute styled as *George Kopecky v. John Speer, Hammersmith Group, Inc. and Royce Homes, L.P.*, being Cause No. 2008-64748 in the 129th District Court, Harris County, Texas.**

**Those settlement documents have been produced to the Trustee, Rodney D. Tow and are in the possession of Defendants' counsel.**

**Defendants further incorporate by reference and reserve the right to rely upon the entirety of the documents produced by the other parties to this litigation. These documents may be used by Defendants to support its defenses in this case and are in the possession of each respective party.**

C.      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**Defendants are not seeking damages at this time. However, Defendants reserve their right to supplement and/or amend these Initial Disclosures.**

D.      For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

**Defendants are unaware of any applicable insurance agreement at this time.**

DATED: December 9, 2011.

        Respectfully submitted,

By:    /s/ Pascal Paul Piazza
      Pascal Paul Piazza
      Texas Bar No. 15966850
      1177 West Loop South, Suite 1100
      Houston, Texas 77027
      Telephone: (713) 965-9969
      Facsimile: (713) 963-9169
      ppp@zbsllp.com

ATTORNEY-IN-CHARGE FOR GEORGE KOPECKY, WATERMARK LAND, LLC f/k/a WATERMARK LAND, LP, AND WATERMARK TORTUGA, LLC

OF COUNSEL:

**ZUKOWSKI, BRESENHAN & SINEX, L.L.P.**
Marc J. Magids
Texas Bar No. 12818500
David C. Martin
Texas Bar No. 24052202
1177 West Loop South, Suite 1100
Houston, Texas 77027
Telephone: (713) 965-9969
Facsimile: (713) 963-9169
mail@zbsllp.com
david.martin@zbsllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2011, a true and correct copy of the above and foregoing RULE 26(A) INITIAL DISCLOSURES was served via electronic transmission and/or via First Class U.S. Mail to the parties listed below:

**Peter Johnson**  VIA ECF
Law Offices of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, TX 77046
713-961-1200
713-961-0941 (fax)
pjlawecf@pjlaw.com
***ATTORNEY FOR Allard Investment Company, LLC, DWM Holdings, Inc., MGM Motor Sports, LLC and Michael Manners, Saracen Holdings, Inc., Saracen Holdings, L.P., and Saracen Holdings GP, L.L.C.***

**George R Gibson**  VIA ECF
Nathan Sommers Jacobs PC
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056-6102
713-892-4843
713-892-4840 (fax)
ggibson@nathansommers.com
***ATTORNEY FOR Amegy Bank, N.A. and Amegy Mortgage Company, LLC***

**Christopher Donald Johnson**  VIA ECF
McKool Smith P.C.
600 Travis St., Suite 7000
Houston, TX 77002
713-485-7315
713-485-7344 (fax)
cjohnson@mckoolsmith.com
***ATTORNEY FOR Donnie Lou Speer***

**Steven Douglas Shurn and C. Ed Harrell**  VIA ECF
Hughes Watters and Askanase
Three Allen Center
333 Clay, 29th Floor
Houston, TX 77002
713-759-0818
713-759-6834 (fax)
sshurn@hwallp.com
***ATTORNEYS FOR John H. Speer and Vestalia, LLC***

**Michael Duncan**                                              VIA ECF
Cage Hill & Niehaus
5851 San Felipe, Suite 950
Houston, TX 77057
713-789-0500
mikedunc@cagehill.com

**Erin E Jones**                                                VIA ECF
Jones Morris, LLP
6363 Woodway Suite 570
Houston, TX 77057
713-589-5061
713-589-5513 (fax)
erin@jonesmorris.com

**Julie Mitchell Koenig and Rodney Dwayne Tow**                 VIA ECF
Tow and Koenig PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77380
281-681-9100
281-681-1441 (fax)
jkoenig@towkoenig.com
rtow@towkoenig.com
*ATTORNEYS FOR TRUSTEE, RODNEY TOW*

**Randall A. Rios, Timothy A. Million & David Mattka**          VIA ECF
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, 46th Floor
Houston, Texas 77002
713-222-1470
713-222-1475 (fax)
rrios@munsch.com
tmillion@munsch.com
dmattka@munsch.com
*ATTORNEYS FOR Hammersmith Group, LLC f/k/a Hammersmith Group, Inc. and Park Lake Communities, L.P.*