IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-32467-H4-7 |
| ROYCE HOMES, L.P., | § | (Chapter 7) |
| Debtor. | § | |

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| JOHN H. SPEER, AMEGY BANK, N.A., | § | |
| AMEGY MORTGAGE COMPANY, L.L.C., | § | |
| MICHAEL MANNERS, | § | |
| DONNIE LOU SPEER, VESTALIA, LLC, | § | CIVIL ACTION NO. 4:11-cv-03700 |
| HAMMERSMITH GROUP, LLC, | § | JURY |
| f/k/a HAMMERSMITH GROUP, INC., | § | |
| PARK LAKE COMMUNITIES, L.P., | § | |
| WATERMARK LAND, LLC, | § | |
| WATERMARK LAND, LP, | § | |
| WATERMARK TORTUGA, LLC, | § | |
| ALLARD INVESTMENT COMPANY, | § | |
| LLC, DWM HOLDINGS, INC., | § | |
| MGM MOTOR SPORTS, L.L.C., | § | |
| SARACEN HOLDINGS, INC., and | § | |
| GEORGE KOPECKY, | § | |
| Defendants. | § | |

## AGREED ORDER

This Court considered the Unopposed Motion Regarding Capital Farm Credit (the "Motion")

filed by Amegy Bank, N.A. and Amegy Mortgage Company, L.L.C., which is joined by Rodney

Tow, Trustee.

The Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that the Motion is GRANTED.

Capital Farm Credit is ORDERED to produce all documents responsive to (1) the subpoena

issued by Amegy Bank, N.A. and Amegy Mortgage Company, L.L.C. (which is attached hereto as

Exhibit A) and (2) the Cross Questions and Requests for Documents in Trustee's Limited Objection

and Notice of Cross Questions Pursuant to FED. R. CIV. P. 31 as to the Notice of Written Deposition

of Capital Farm Credit (which is attached hereto as Exhibit B).  Such production must occur by

twenty (20) days from the date of this Order.


SIGNED this 26th day of March _____, 2012.

                                        _____
                                        JUDGE PRESIDING

AGREED:

**CAGE HILL & NIEHAUS, LLP**

By: _Michael Duncan /KJ_ by permission
Michael Duncan
Texas Bar No. 06218700
Fed Id. No. 13
5851 San Felipe, Suite 950
Houston, TX 77057
(713) 789-0500 (Telephone)
(713) 974-0344 (Telecopier)
mikedunc@cagehill.com

**JONES MORRIS KLEVENHAGEN, LLP**

By: _Erin Jones /KJ_ by permission
Erin E. Jones
Texas Bar No. 24032478
Fed Id. No. 34157
6363 Woodway Suite 570
Houston, TX 77057
(713) 589-5061 (Telephone)
(713) 589-5513 (Telecopier)
erin@jonesmorris.com

**TOW & KOENIG, PLLC**

By: _Julie Koenig /KJ_ by permission
Julie M. Koenig
Texas Bar No. 14217300
Fed Id No. 10396
Rodney Tow, Trustee
Texas Bar No. 20152500
Fed ID No. 3196
26219 Oak Ridge Drive
The Woodlands, Texas 77380
281/681-9100 (Telephone)
832/482-3979 (Telecopier)
tow@towkoenig.com
jkoenig@towkoenig.com

Attorneys for the Trustee

**NATHAN SOMMERS JACOBS**
**A Professional Corporation**

By: _George R. Gibson /KA_
    by permission

George R. Gibson
Texas Bar No. 00793802
Fed Id No. 19879
Kent Altsuler
Texas Bar No. 24001646
Fed Id No. 23424
2800 Post Oak Blvd, 61st Floor
Houston, Texas 77056-6102
713/892-4843 (Telephone)
713/892-4840 (Telecopier)
ggibson@nathansommers.com
kaltsuler@nathansommers.com

Attorneys for Amegy Bank, N.A. and
Amegy Mortgage Company, L.L.C.