UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Rodney Tow

          Plaintiff,

v.

Amegy Bank N.A., et al.

          Defendant.

TYPE OF CASE: Civil

Case No.: 4:11–cv–03700
Judge Lee H Rosenthal

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/20/12

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Discovery Hearing

Date:   July 18, 2012

                                                      David J. Bradley, Clerk