IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:11-CV-03700 |
| | § | |
| JOHN H. SPEER, ET AL, | § | JURY DEMANDED |
| | § | |
| Defendants. | § | |

**MOTION TO DISMISS CERTAIN CLAIMS AND/OR FOR PARTIAL SUMMARY JUDGMENT**

TO THE HONORABLE LEE ROSENTHAL, UNITED STATES DISTRICT JUDGE:

For the reasons set forth in the Brief that accompanies this Motion, Michael G. Manners, Allard Investment Company, LLC, DWM Holdings GP, LLC, DWM Holdings, L.P., MGM Motor Sports, LLC, Saracen Holdings, Inc., Saracen Holdings, L.P. and Saracen Holdings GP, L.L.C. move for an order dismissing and/or granting partial summary judgment as to all claims alleged against them in Plaintiff's Third Amended Complaint except those based upon fraudulent transfer.

Respectfully submitted,

/s/ William C. Ferebee
WILLIAM C. FEREBEE
SBN 06907500
450 Gears Road - Eighth Floor
Houston, Texas 77067
(281) 875-8200
(281) 875-4962 (facsimile)
wferebee@ofmklaw.com

ATTORNEY-IN-CHARGE FOR
MICHAEL G. MANNERS

/s/ Eugene B. Wilshire
EUGENE B. WILSHIRE
SBN 21665500
3840 One Houston Center
1221 McKinney Street
Houston, Texas 77010
(713) 651-1221
(713) 651-0020 (facsimile)
ewilshire@wilshirescott.com

ATTORNEY IN CHARGE FOR
MANNERS RELATED DEFENDANTS

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was served ECF/PACER to those registered to receive such notice on the  20th  day of    November    , 2012.

                                                                 /s/   *Eugene B. Wilshire*  
                                                                Eugene B. Wilshire