# APPENDIX 6

## Exhibit "D"
## Manners Resignation from all Royce Entities



# NOTICE OF RESIGNATION
# OF
# MICHAEL G. MANNERS

I, Michael G. Manners, hereby resign any and all positions I hold as a director, officer, manager, consultant or in any other capacity of management of the below listed entities or any other direct or indirect subsidiaries of Hammersmith Group, Inc., a Delaware corporation, or Royce Holdings, LP, a Delaware limited partnership, effective as of September 20, 2006. Provided that, this Notice of Resignation shall not apply to, and in no way affect, my honorary position, compensation or benefits with Royce Homes, L.P. as Chairman Emeritus.

Hammersmith Group, Inc., a Delaware corporation
Hammersmith Financial, L.P., a Delaware limited partnership
Park Lake Communities, L.P., a Texas limited partnership
TCH Financial, L.P., a Delaware limited partnership
TCH Land, L.P., a Delaware limited partnership
Texas Colonial Homes, L.P., a Delaware limited partnership
RTI Reinsurance Company, Ltd., a Nevis entity
Royce Homes-North Carolina, L.L.C., a Delaware limited liability company
Royce Homes-Phoenix, L.L.C., a Delaware limited liability company
Royce Homes-Dallas, L.P., a Delaware limited partnership
Royce Homes-Atlanta, L.L.C., a Delaware limited liability company
Royce Homes, L.P., a Delaware limited partnership
Royce Model Homes, L.P., a Texas limited partnership
Royce Homes Construction, L.L.C., a Delaware limited liability company

_____
Michael G. Manners



Notice of Resignation of Michael G. Manners

**EXHIBIT**
**102**

Exhibit 102

10/1/2009     DJ Production     0008436