# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE | § § § § | |
| VS. | § § § § | CIVIL ACTION NO. H-11-3700 |
| JOHN SPEER | § | |

## ORDER

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the jury on March 18, 2014. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on March 18, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge