**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3700 |
| | § | |
| JOHN SPEER, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiff, Rodney Tow, has moved for limited referral to the Bankruptcy Court and for

expedited hearing.  (Docket Entry No. 428).  The plaintiff must serve the motion on present counsel

for John Speer and on the attorney identified as responsible for representing Mr. Speer on collection

matters.  Once proof of service is filed, the motion will be set for hearing on an expedited basis.

SIGNED on May 7, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge